**No. 10-7157. In re David E. Hill, Petitioner.**

562 U.S. 1043, 131 S. Ct. 623, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8980.

November 15, 2010. Petition for writ of habeas corpus denied.

**No. 10-6369. In re Jeffrey Sanders, Petitioner.**

562 U.S. 1043, 131 S. Ct. 601, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8890, ■

November 15, 2010. Petition for writ of mandamus denied.

**No. 10-7076. In re Paul A. DeCologero, Petitioner.**

562 U.S. 1043, 131 S. Ct. 622, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8904.

November 15, 2010. Petition for writ of mandamus denied.

**No. 10-6501. In re Ramon Dominguez, Petitioner.**

562 U.S. 1043, 131 S. Ct. 608, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8997, ■

November 15, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 10-6934. In re Jimmy Richard Husband, Petitioner.**

562 U.S. 1043, 131 S. Ct. 612, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8909, ■

November 15, 2010. Petition for writ of mandamus denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 10-7069. In re Henry Jones, Petitioner.**

562 U.S. 1043, 131 S. Ct. 621, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8918.

November 15, 2010. Petition for writ of prohibition denied.

**No. 09-1547. Tony L. Kelly, Petitioner v. Old Dominion Freight Line, Inc.**

562 U.S. 1055, 131 S. Ct. 627, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8990.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 839, 131 S. Ct. 200, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 5845.

**No. 09-10685. Roy Williams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1055, 131 S. Ct. 627, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8941.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 849, 131 S. Ct. 98, 178 L. Ed. 2d 62, 2010 U.S. LEXIS 6076.